```
MARCUS G CROZIER              CRYSTAL MOORE
4110 CAMPBELL RD              3150 ROBINSON RD APT 4
BENTON, MS 39039              JACKSON, MS 39209



THOMAS C. ROLLINS, JR.        FAMILY CHOICE
THE ROLLINS LAW FIRM, PLLC    1062 E PEACE ST
P.O. BOX 13767                CANTON, MS 39046
JACKSON, MS 39236



ABILITY RECOVERY              FIRST PREMIER BANK
ATTN: BANKRUPTCY              3820 N LOUISE AVE
284 MAIN ST                   SIOUX FALLS, SD 57107
DUPONT, PA 18641



BUDDY'S                       GLORIA SMITH
764 E FIFTEENTH ST            126 GINGER ST
YAZOO CITY, MS 39194          JACKSON, MS 39209



CAPITAL ONE                   MERRICK BANK CORP
ATTN: BANKRUPTCY              PO BOX 9201
P.O. BOX 30285                OLD BETHPAGE, NY 11804
SALT LAKE CITY, UT 84130



CONN'S HOMEPLUS               MSDHS
2445 TECHNOLOGY FOREST        ATTN: CONSTANCE MORROW
BUILDING 4, SUITE 800         PO BOX 352
THE WOODLANDS, TX 77381       JACKSON, MS 39205



CONTINENTAL FINANCE CO        REPUBLIC FINANCE
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
4550 LINDEN HILL RD           7031 COMMERCE CIRCLE
STE 4                         BATON ROUGE, LA 70809
WILMINGTON, DE 19808


CREDIT COLL                   TOWER LOAN
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
725 CANTON STREET             PO BOX 320001
NORWOOD, MA 02062             FLOWOOD, MS 39232



CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113
```