## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARCUS G. CROZIER                                Bankruptcy No. 25-01770-JAW

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, B. Joey Hood, II of the law firm of B. Joey Hood II, Attorney at Law, PLLC, hereby enters his appearance as attorney for Family Choice Financial Inc. - Canton Branch, and requests that all documents, pleadings, and mailings be sent to B. Joey Hood II, Attorney at Law, PLLC.

Please add the following names and address to the list of creditors:

> B. Joey Hood, II
> B. Joey Hood II, Attorney at Law, PLLC
> Attorney for  Family Choice Financial Inc.
> Canton Branch
> Post Office Box 759
> Ackerman, MS 39735
> (662) 285-4663

Date: July 31, 2025

> /s/ B. Joey Hood, II
> B. Joey Hood, II

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II, attorney for Family Choice Financial Inc. - Canton Branch, do hereby certify that the following have been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr.     trollins@therollinslawfirm.com

2. U.S. Trustee                 USTPRegion05.JA.ECF@usdoj.gov

3. Torri Parker Martin          tpm@tpmartinch13.com

Date:   July 31, 2025

/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147