___



      **SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 17, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: MARCUS G. CROZIER**              **Bankruptcy No. 25-01770-JAW**

### AGREED ORDER

     This matter came on before the Court on the Objection to Confirmation (Docket No. 16) filed by Family Choice Financial, Inc. - Canton Branch ("Family Choice"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Orders as follows:

     The Debtor's plan shall be and is hereby amended to pay Family Choice $1,500.00 plus 10% interest for its secured claim over the plan term. The remaining $1,482.54 is to be treated as general unsecured claim. ( Claim #3)

     That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

### ## END OF ORDER ##

| **SUBMITTED BY:** | **AGREED AND APPROVED**: |
|---|---|
| ***/s/ B. Joey Hood, II*** | /s/ Thomas Carl Rollins, Jr. ( with permission) |
| B. Joey Hood, II | Thomas Carl Rollins, Jr. |
| Attorney for Creditor | Attorney for Debtor |
| Post Office Box 759 | |
| Ackerman, MS 39735 | |
| Telephone (662) 285-4663 | /s/ Semoune Ellis, on behalf of (with permission) |
| notices@jhoodlaw.com | Torri Parker Martin |
| MBN: 101147 | Chapter 13 Trustee |