United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01770-JAW
Marcus G Crozier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Oct 20, 2025      Form ID: n031      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus G Crozier, 4110 Campbell Rd, Benton, MS 39039-8027 |
| cr | + | Family Choice Financial, Inc - Canton Branch, c/o B.Joey Hood, II Attorney at Law PLLC, PO Box 759, Ackerman, MS 39735-0759 |
| 5541700 | + | B. Joey Hood, II, For Family Choice Financial, Canton Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5536310 | + | Buddy's, 764 E Fifteenth St, Yazoo City, MS 39194-2706 |
| 5536316 | + | Crystal Moore, 3150 Robinson Rd Apt 4, Jackson, MS 39209-6853 |
| 5536317 | + | Family Choice Financial, Inc. - Canton branch, 912 A East Peace Street, Canton, MS 39046-4024 |
| 5536319 | | Gloria Smith, 126 Ginger St, Jackson, MS 39209 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5536309 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 20 2025 19:31:00 | Ability Recovery, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 5557902 | + | Email/Text: feedback@cascadereceivables.com | Oct 20 2025 19:31:00 | CASCADE CAPITAL FUNDING, LLC, c/o Cascade Receivables Management, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 5536313 | | Email/Text: cfcbackoffice@contfinco.com | Oct 20 2025 19:30:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5536311 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2025 19:50:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5536312 | + | Email/Text: bankruptcynotices@conns.com | Oct 20 2025 19:30:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5559483 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2025 19:31:00 | Conn's INC Serviced, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5536314 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2025 19:31:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5536315 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2025 19:39:38 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5568289 | | Email/Text: rboone@simpsonlawfirm.net | Oct 20 2025 19:31:00 | Financial Services of Mississippi, Inc., c/o Simpson Law Firm, P O Box 2058, Madison MS 39130-2058 |
| 5536318 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 20 2025 19:39:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5559482 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2025 19:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5568341 | ^ | MEBN | Oct 20 2025 19:28:45 | John S. Simpson, Esq., Simpson Law Firm PA, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: n031 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Atty for Financial Services of Mississip, P.O. Box 2058, Madison, MS 39130-2058 |
| 5567016 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 19:39:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5544970 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2025 19:39:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5542263 | | Email/Text: benefit.recovery@mdhs.ms.gov | Oct 20 2025 19:30:00 | Mississippi Department of Human Services, PO Box 352, Jackson, MS 39205 |
| 5536321 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 20 2025 19:30:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5536320 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2025 19:38:58 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5555334 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2025 19:31:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5536322 | | Email/Text: bankruptcy@republicfinance.com | Oct 20 2025 19:31:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5544058 | | Email/Text: bankruptcy@republicfinance.com | Oct 20 2025 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5536323 | | Email/Text: bankruptcy@towerloan.com | Oct 20 2025 19:30:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5566907 | + | Email/Text: bankruptcy@towerloan.com | Oct 20 2025 19:30:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Financial Services of Mississippi, Inc. |
| 5559484 | *+ | Conn's INC Serviced, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 20, 2025 | Form ID: n031 | Total Noticed: 29 |

on behalf of Creditor Family Choice Financial  Inc - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com

John S. Simpson

on behalf of Creditor Financial Services of Mississippi  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr

on behalf of Debtor Marcus G Crozier trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01770−JAW
**Chapter:** 13

**In re:**

Marcus G Crozier
aka Marcus Crozier, aka Marcus Gearld
Crozier
4110 Campbell Rd
Benton, MS 39039

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 20, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 20, 2025                                    Danny L. Miller, Clerk of Court