

**Robert G. Anderson**
*Executive Director*

Tuesday, April 28, 2026

IN RE: MARCUS CROZIER,                    CASE NO. 25-01770-JAW
      DEBTOR                                      CHAPTER 13

<u>SATISFACTION OF  PROOF OF CLAIM (1)</u>

Please be advised that Claim No. 1, filed on Augusst 4, 2025 by MDHS, has been paid in full. Please

cease further payment on this claim.

RESPECTFULLY  SUBMITTED, this the 28th day of April 2026.

<div style="margin-left: 45%;">

<u>/s/</u> <u>Constance L Morrow</u>
Constance L Morrow, MSB #104815
Senior Attorney, MDHS
P.O. Box 352
Jackson, MS 39205
601-359-4485
Fax: 601-359-4370
constance.morrow@mdhs.ms.gov

</div>