**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                             **CHAPTER 13:**

**MARCUS G. CROZIER**                              **CASE NO. 25-01770-JAW**

**TRUSTEE'S MOTION AND NOTICE TO MODIFY PLAN**

COMES NOW, Trustee Torri Parker Martin, and files this, her Motion and Notice for Modification of Plan and in support thereof, would show unto the Court the following:

1.      The Debtor filed his petition July 21, 2025.

2.      The Court confirmed the Debtor's plan on October 20, 2025 which provided zero percent (0%) distribution over sixty (60) months to unsecured creditors.

3.      The claim bar date passed September 29, 2025.

4.      The total amount of timely filed and allowed unsecured creditors is $24,145.25.

5.      As of today, the Debtor has $499.29 funds on-hand.

6.      The Debtor's plan can be amended to increase distributions to timely filed and allowed unsecured creditors to eighty-three percent (83%).

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion and Notice for Modification be received and filed and at the hearing hereon an Order be entered increasing distribution to allowed unsecured creditors eighty-three percent (83%) and authorizing the Trustee to make all changes necessary to the plan to bring about the above changes, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

**<u>NOTICE: TO ALL TIMELY FILED AND ALLOWED UNSECURED CREDITORS</u>**

**<u>YOU ARE HEREBY NOTIFIED THAT ANY RESPONSES OR OBJECTIONS TO THIS PROPOSED MODIFICATION MUST BE FILED BY WRITTEN PLEADING WITH THE CLERK, U.S. BANKRUPTCY COURT, 501 EAST COURT STREET, SUITE 2.300, JACKSON, MS 39201; WITH A COPY TO THE UNDERSIGNED CHAPTER 13 TRUSTEE, TORRI PARKER MARTIN, POST OFFICE BOX 31980, JACKSON, MS 39286-1980 AND THE U.S. TRUSTEE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE.  IF NO OBJECTION IS TIMELY FILED, THE COURT MAY APPROVE THE PLAN AS MODIFIED.  IN THE EVENT A WRITTEN RESPONSE IS FILED, A HEARING ON THIS MOTION WILL BE HEARD AS SET BY THE COURT.</u>**

DATED: May 6, 2026

Respectfully submitted,

<u>/s/Torri Parker Martin</u>
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St. Suite 400
Jackson, MS  39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion and Notice to Modify to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Marcus G. Crozier
4110 Campbell Road
Benton, MS 39039

and

**All timely filed and allowed unsecured creditors listed on the attached Exhibit A**


DATED: May 6, 2026

/s/ Torri Parker Martin
Torri Parker Martin

"EXHIBIT A"

Label Matrix for local noticing
0538-3
Case 25-01770-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Mon May  4 10:54:45 CDT 2026

Family Choice Financial, Inc - Canton Branch
c/o B.Joey Hood, II Attorney at Law PLLC
PO Box 759
Ackerman, MS 39735-0759

Mississippi Department of Human Services
PO Box 352
Jackson, MS 39205-0352

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Ability Recovery
Attn: Bankruptcy
284 Main St
Dupont, PA 18641-1960

B. Joey Hood, II
For Family Choice Financial
Canton Branch
Post Office Box 759
Ackerman, MS 39735-0759

Buddy's
764 E Fifteenth St
Yazoo City, MS 39194-2706

CASCADE CAPITAL FUNDING, LLC
c/o Cascade Receivables Management, LLC
5341 Old Redwood Hwy Suite 210
Petaluma, CA 94954-7127

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Conn's INC Serviced
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062-2679

Credit One Bank
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Crystal Moore
3150 Robinson Rd Apt 4
Jackson, MS 39209-6753

Family Choice Financial, Inc. - Canton branc
912 A East Peace Street
Canton, MS 39046-4024

Financial Services of Mississippi, Inc.
c/o Simpson Law Firm
P O Box 2058
Madison MS 39130-2058

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Gloria Smith
126 Ginger St
Jackson, MS 39209

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

John S. Simpson, Esq.
Simpson Law Firm PA
Atty for Financial Services of Mississip
P.O. Box 2058
Madison, MS 39130-2058

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MSDHS
Attn: Constance Morrow
PO Box 352
Jackson, MS 39205-0352

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
Po Box 7999
St. Cloud, MN 56302-7999

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

```
Marcus G Crozier                      Thomas Carl Rollins Jr             Torri Parker Martin
4110 Campbell Rd                      The Rollins Law Firm, PLLC         Torri Parker Martin, Chapter 13 Bankrupt
Benton, MS 39039-8027                 PO BOX 13767                       200 North Congress Street, Ste. 400
                                      Jackson, MS 39236-3767             Jackson, MS 39201-1902
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Continental Finance Co                Jefferson Capital Systems, LLC     Republic Finance
Attn: Bankruptcy                      PO BOX 7999                        Attn: Bankruptcy
4550 Linden Hill Rd                   SAINT CLOUD, MN 56302-9617         7031 Commerce Circle
Ste 4                                                                    Baton Rouge, LA 70809
Wilmington, DE 19808


(d)Republic Finance, LLC              Tower Loan
282 Tower Road                        Attn: Bankruptcy
Ponchatoula, LA 70454                 Po Box 320001
                                      Flowood, MS 39232
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Financial Services of Mississippi, Inc.    (d)Mississippi Department of Human Services    End of Label Matrix
                                              PO Box 352                                     Mailable recipients    32
                                              Jackson, MS 39205-0352                         Bypassed recipients     2
                                                                                             Total                  34
```