**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Marcus G Crozier, Debtor**                    **Case No. 25-01770-JAW**
                                                                                      **CHAPTER 13**

**RESPONSE**

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to

Modify Plan (dk # 30) as follows:

1.   Debtor commenced this case on 07/21/2025 by filing a voluntary petition for relief under

     Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.   Debtor's counsel is currently reviewing the Debtor's financial circumstances and

     feasibility issues to determine where a Debtor-filed Motion to Modify Plan is appropriate.

3.   Debtor request that this matter be set for hearing so parties can address the status of the

     case and any proposed modification.

     WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                        Respectfully submitted,

                        By:     /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on June 1, 2026, to:

By Electronic CM/ECF Notice:

Torri Parker Martin, Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.