**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Marcus G Crozier, Debtor                    Case No. 25-01770-JAW
                                                                           **CHAPTER 13**

**<u>NOTICE</u>**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 8, 2026                    Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                                    Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                    The Rollins Law Firm, PLLC
                                                                    P.O. Box 13767
                                                                    Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Marcus G Crozier, Debtor                          Case No. 25-01770-JAW
                                                                                              CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on July 21, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor is a below median debtor with a commitment period of 36 months.

3. Debtor 's current confirmed plan is for 60 months.

4. That the Trustee has filed a motion to modify to increase the distribution to General Unsecured Creditors (dk #30).

5. Debtor wishes to reduce the terms of the commitment period to 36 months, or the months necessary to maintain the plan payment of $578.50, with the distribution to unsecured creditors to remain at 0%, whichever is higher.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  MARCUS G CROZIER

CASE NO: 25-01770-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/8/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARCUS G CROZIER

CASE NO: 25-01770-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/8/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/8/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-01770-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 8 11-54-46 PST 2026

FAMILY CHOICE FINANCIAL  INC  CANTON BRANCH
CO BJOEY HOOD  II ATTORNEY AT LAW PLLC
PO BOX 759
ACKERMAN  MS 39735-0759

EXCLUDE

(U)FINANCIAL SERVICES OF MISSISSIPPI  INC

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
PO BOX 352
JACKSON  MS 39205-0352

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ABILITY RECOVERY
ATTN BANKRUPTCY
284 MAIN ST
DUPONT  PA 18641-1960

B JOEY HOOD  II
FOR FAMILY CHOICE FINANCIAL
CANTON BRANCH
POST OFFICE BOX 759
ACKERMAN  MS 39735-0759

BUDDYS
764 E FIFTEENTH ST
YAZOO CITY  MS 39194-2706

CASCADE CAPITAL FUNDING  LLC
CO CASCADE RECEIVABLES MANAGEMENT  LLC
5341 OLD REDWOOD HWY SUITE 210
PETALUMA  CA 94954-7127

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CONNS HOMEPLUS
2445 TECHNOLOGY FOREST
BUILDING 4  SUITE 800
THE WOODLANDS  TX 77381-5258

CONNS INC SERVICED
JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD  MN 56302-7999

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT COLL
ATTN BANKRUPTCY
725 CANTON STREET
NORWOOD  MA 02062-2679

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

CRYSTAL MOORE
3150 ROBINSON RD APT 4
JACKSON  MS 39209-6753

FAMILY CHOICE FINANCIAL  INC  CANTON BRANC
912 A EAST PEACE STREET
CANTON  MS 39046-4024

FINANCIAL SERVICES OF MISSISSIPPI  INC
CO SIMPSON LAW FIRM
P O BOX 2058
MADISON MS 39130-2058

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

GLORIA SMITH
126 GINGER ST
JACKSON  MS 39209

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM PA
ATTY FOR FINANCIAL SERVICES OF MISSISSIP
PO BOX 2058
MADISON  MS 39130-2058

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

EXCLUDE

(D)MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
PO BOX 352
JACKSON  MS 39205-0352

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD MN 56302-7999

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
202 TOWER RD
PONCHATOULA LA 70454-8318

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

DEBTOR

MARCUS G CROZIER
4110 CAMPBELL RD
BENTON MS 39039-8027

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET STE 400
JACKSON MS 39201-1902