United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-01770-JAW

Marcus G Crozier                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                    Page 1 of 2

Date Rcvd: Jun 24, 2026                   Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID**     **Recipient Name and Address**

db     + Marcus G Crozier, 4110 Campbell Rd, Benton, MS 39039-8027

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**     **Email Address**

B. Joey Hood, II

     on behalf of Creditor Family Choice Financial  Inc - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com

Constance L Morrow

     on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov

John S. Simpson

     on behalf of Creditor Financial Services of Mississippi  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr

     on behalf of Debtor Marcus G Crozier trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

     tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

District/off: 0538-3                           User: mssbad                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                        Form ID: pdf012                                 Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

      **MARCUS G. CROZIER,**           **CASE NO. 25-01770-JAW**

      **DEBTOR.**           **CHAPTER 13**

**ORDER RESETTING HEARING**

This matter came on this date on the Motion to Modify filed by Torri Parker Martin, Trustee, (the "Motion") (Dkt. #30) and the Debtor's Response (the "Response") (Dkt. #31). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on June 29, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for July 20, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693