### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                **CHAPTER 13:**

**MARCUS G. CROZIER**                                          **CASE NO. 25-01770- JAW**

### TRUSTEE'S RESPONSE TO
### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Response to Debtor's Motion and Notice to Modify Chapter 13 Plan (Docket #34) and would state to the Court as follows:

1. The Debtor's Motion proposes to reduce the plan term from sixty months (60) to thirty-six (36) months; maintain the current plan payment ($578.50); with distribution to unsecured creditors to remain at zero (0%) percent, which ever is higher.

2. The Debtor's plan was confirmed October 20, 2025, for a commitment period of sixty months (Docket #24).

3. The  confirmed plan provided to pay zero ($0.00) distribution to unsecured creditors over the sixty-month (60) plan term.

4. The approved non-governmental unsecured debt total is $24,145.25.

5. The Debtor has completed eleven (11) of the sixty-month plan term months.

6. Pursuant to 11 U.S.C. § 1329(a), "at any time after confirmation of the plan…, the plan may be modified, upon request of…the trustee."

7. In May 2026, the Trustee filed a Motion to Modify (Docket #30) the Debtor's plan as a result of funds on hand that can be distributed to the Debtor's timely filed and allowed unsecured creditors for the remaining plan term (forty-nine (49) months).

8. Based on the to the Trustee's calculations, information, review of this Motion and the current wage order/Amended Order Upon Employer Directing Deductions from Pay (Docket#25), it would be in the best interest of the estate to increase distribution to the Debtor's timely filed and allowed unsecured creditors to twenty-five percent (25%) if the Court approves the plan term being reduced from sixty months (60) to thirty-six (36) months.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Response be received and filed and an Order be entered approving the Motion to Modify subject to Trustee's Response; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: July 7, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Response to the following, by electronic, ECF filing, and/or mail to:

Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

DATED:  July 7, 2026

/s/ *Semoune Ellis*
Semoune Ellis