_____



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CHAPTER 13:**

**MARCUS G. CROZIER**                          **CASE NO. 25-01770- JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Modify Chapter 13 Plan (Docket #30), the Debtor's Response (Docket #31), the Debtor's Motion to Modify Chapter 13 Plan (Docket #34), and the Trustee's Response (Docket #37). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Chapter 13 Plan is hereby granted in part and the Debtor's Motion to Modify Chapter 13 Plan is hereby denied in part.

**IT IS, THEREFORE, ORDERED** that the Debtor's plan shall be modified to increase distribution to timely filed and allowed unsecured creditors to twenty-five percent (25%) over the remaining plan term.

**IT IS FURTHER ORDERED** that the Debtor's Plan shall hereby be modified to reduce the plan term from sixty (60) months to thirty-six (36) months.

**IT IS FURTHER ORDERED** that the Trustee is authorized to modify the Plan and amend wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com


**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com