United States Bankruptcy Court

Southern District of Mississippi

In re:

Marcus G Crozier

    Debtor

Case No. 25-01770-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Marcus G Crozier, 4110 Campbell Rd, Benton, MS 39039-8027

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

**Name**    **Email Address**

B. Joey Hood, II

on behalf of Creditor Family Choice Financial  Inc - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com

Constance L Morrow

on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov

John S. Simpson

on behalf of Creditor Financial Services of Mississippi  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Semoune L Ellis

on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Marcus G Crozier trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

District/off: 0538-3                                      User: mssbad                                      Page 2 of 2
Date Rcvd: Jul 14, 2026                                  Form ID: pdf012                                   Total Noticed: 1

                 tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

                 USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13:

MARCUS G. CROZIER                                   CASE NO. 25-01770- JAW

### AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Modify Chapter 13 Plan (Docket #30), the Debtor's Response (Docket #31), the Debtor's Motion to Modify Chapter 13 Plan (Docket #34), and the Trustee's Response (Docket #37). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Chapter 13 Plan is hereby granted in part and the Debtor's Motion to Modify Chapter 13 Plan is hereby denied in part.

**IT IS, THEREFORE, ORDERED** that the Debtor's plan shall be modified to increase distribution to timely filed and allowed unsecured creditors to twenty-five percent (25%) over the remaining plan term.

**IT IS FURTHER ORDERED** that the Debtor's Plan shall hereby be modified to reduce the plan term from sixty (60) months to thirty-six (36) months.

**IT IS FURTHER ORDERED** that the Trustee is authorized to modify the Plan and amend wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com


**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com