MSSB-NCAC (4/24)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: MARCUS G. CROZIER

Debtor(s)

Case No.: 25-01770-JAW

Chapter: 13

## Notice of Change of Address for Creditor

Family Choice Financial, Inc. - Canton Branch (Creditor) hereby gives notice of its new address:

**Current Notice Address**: 1062 East Peace Street
*(As shown on matrix)* Canton, MS 39046

**New Notice Address**:

**New Payment Address**: 1062 East Peace Street
*(If applicable)* Canton, MS 39046

**Proof of Claim Number(s):** 3-1
*(If applicable)*

**Reason for Change of Address**:

- ☐ New Loan Servicer[1]
- ☐ New Location
- ☑ Other Incorrect on Claim form

Prepared By:

Signature: /s/ B. Joey Hood, II

Name: B. Joey Hood, II

Title: Attorney for Creditor

Phone No: 662-285-4663

Address: P.O. Box 759
Ackerman, MS 39735

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on September 28, 2026 (Date) addressed to:

Debtor(s):

Michael G. Crozier
4110 Campbell Rd
Benton, MS 39039

B. Joey Hood, II
Name

/s/ B. Joey Hood, II
Signature